UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-20322-CIV-GOODMAN

**[CONSENT CASE]**

SERGIO AGUILAR PADILLA, and
other similarly-situated,

    Plaintiffs,

vs.

PHYSICIAN SPECIALTY GROUP,
P.A., a Florida corporation, and
LARRY LABARATA, M.D.,
individually,

    Defendants.
_____/

## ORDER

This Cause is before the Court on Attorney Eddy O. Marban's motion for attorneys' fees (DE 52), filed November 23, 2011. Under Local Rule 7.3(a), motions for attorneys fees must

(7) be verified; and

(8) certify that a good faith effort to resolve issues by agreement occurred pursuant to Local Rule 7.3(b), describing what was and was not resolved by agreement and addressing separately the issues of entitlement to fees and amount.

Having reviewed the motion, and appearing that the movant failed to follow these provisions of the Local Rules, the motion is **denied**.

**DONE AND ORDERED** in Chambers at Miami, Florida, November 28, 2011.

                                                    Jonathan Goodman
                                                    UNITED STATES MAGISTRATE JUDGE

Copies provided to:
Counsel of Record